```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
    CIVIL DOCKET ENTRIES FOR CASE A00-0119--CV (JKS)
              "KIRBY D. ANTHONEY V MARGARET PUGH"

      Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
     Referral Rule:  PSLC
             Filed: 05/02/00
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (550) Prisoner - Civil Rights
                   28:2254
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: In Forma Pauperis
          Trial by:
```

Parties of Record:                              Counsel of Record:

PLF 1.1           ANTHONEY, KIRBY D.             Linda S. Thomas
                                                 Attorney at Law
                                                 POB 35324
                                                 Palm Coast, FL 32135
                                                 386-206-9790
                                                 FAX 386-206-9790

DEF 1.1           PUGH, MARGARET                 No counsel found for this party!

DEF 2.1           ATTORNEY GENERAL, ALASKA       No counsel found for this party!

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A00-0119--CV (JKS)
                                "KIRBY D. ANTHONEY V MARGARET PUGH"

                                       For all filing dates


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
     Referral Rule:  PSLC
             Filed: 05/02/00
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (550) Prisoner - Civil Rights
                    28:2254
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: In Forma Pauperis
          Trial by:


Document #   Filed      Docket text
_____

    1 -  1   05/03/00   Application to proceed without prepayment of fees w/att exhs.

    2 -  1   05/03/00   PLF 1 Petition for Writ of H/C per 28:2254 w/att exhs.

    3 -  1   06/12/00   JKS Order denying IP; plf to pay filing fee & show cause by 7/10/00 why
                        case should not be dismissed without prejudice until claims are resolved
                        in court for SOA. cc: cnsl (w/pro se handbook), PSLC

 NOTE -  1   06/19/00   Notation: payment of $5 filing fee (receipt # 00112163).

    4 -  1   07/10/00   for appointment of counsel w/att exhs.

    5 -  1   07/12/00   PLF 1 Affidavit of Notice of consent to allow Linda S. Thomas to file
                        pleadings on a limited basis until cnsl can be appointed.

    6 -  1   07/21/00   PLF 1 Errata (amended) affidavit of notice of consent to comply with
                        Rule 5.1 (e)(1).

    7 -  1   07/21/00   PLF 1 Limited entry of Attorney Appearance Linda S. Thomas as pro bono
                        cnsl for plf.

    8 -  1   07/21/00   PLF 1 motion for appointment of counsel.

    9 -  1   07/21/00   PLF 1 Notice of filing affidavit of counsel in support of petitioner's
                        motion for appointment of counsel w/att affidvit.

   10 -  1   07/21/00   PLF 1 motion to stay proceedings pending appointment of counsel.

   11 -  1   08/08/00   JKS Minute Order re: hrg on plf's motion for appointment of counsel is
                        set 8/11/00 at 1:30 p.m.   cc: cnsl

   12 -  1   08/15/00   JKS Court Minutes [ECR: Roy Van Hollebeke] Hrg re: mot for appointment
                        of counsel (held 8/11/00); granting motion for appointment of counsel
                        (8-1); terminating in light of this order: motion for appointment of
                        counsel (4-1).  Plf has until 9/11/00 to review the record & file a
                        response on any remainig issues.  cc: cnsl, FPD
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A00-0119--CV (JKS)
                        "KIRBY D. ANTHONEY V MARGARET PUGH"

                                   For all filing dates


 Document #    Filed      Docket text

   13 -   1   09/05/00   CJA 20 appointment of cnsl of L. Thomas.

   14 -   1   09/08/00   PLF 1 motion (ex parte) for extraordinary compensation.

   15 -   1   09/11/00   PLF 1 motion for stay w/att aff & exhs.

   16 -   1   09/12/00   PLF 1 Errata re: PLF 1 motion for stay (15-1).

   17 -   1   09/15/00   JKS Minute Order re: hrg re plf's mot for stay at dkt 15 set for 10/3/00
                         at 8:30 a.m.   cc: L. Thomas, E. Johnson AAG-308

   18 -   1   09/25/00   PLF 1 motion (request) to appear telephonically at hearing on motion to
                         stay w/att aff.

   19 -   1   10/02/00   PLF 1 Supplemental authority re: PLF 1 motion for stay (15-1).

   20 -   1   10/03/00   JKS Court Minutes [ECR: Bonnie Boyer] denying motion for stay (15-1);
                         terminating in light of this order: motion to stay proceedings pending
                         appointment of counsel (10-1).  plf to file amended petition by
                         11/17/00, def to file answer by 1/5/01, pfl to file status rpt by
                         1/12/01.   cc: cnsl

   21 -   1   11/13/00   PLF 1 motion for enlargement of time to amend petition w/att aff of
                         cnsl.

   22 -   1   11/13/00   PLF 1 motion for shortened time on motion for enlargment of time w/att
                         aff of cnsl.

   23 -   1   11/13/00   PLF 1 Notice of substantive change in state and federal law w/att w/att
                         affs.

   23 -   2   11/13/00   PLF 1 motion for stay of habeas petition w/att affs.

   24 -   1   11/14/00   JKS Minute Order granting motion for shortened time on motion for
                         enlargment of time (22-1); granting in part motion for enlargement of
                         time to amend petition (21-1).  Plf may defer filing amended petition
                         for habeas corpus until 10 days after this court rules on plf's motion
                         for stay at dkt 15.   cc: cnsl, PSLC

   25 -   1   12/27/00   JKS Order granting motion for stay of habeas petition (23-2); staying
                         motion for extraordinary compensation (14-1). Plf shall file any amended
                         petition, or notice that no amended petition will be filed, 30 days
                         after the Supreme Court issues a final decision in his current
                         application for post-conviction relief. cc: cnsl, PSLC

   26 -   1   09/18/01   JKS Minute Order denying motion for extraordinary compensation (14-1),
                         in light of the stay. cc: cnsl

   27 -   1   11/15/01   JKS Minute Order that stat rpt due by 12/14/01. cc: cnsl

   28 -   1   12/14/01   PLF 1 Status Report.

   29 -   1   06/27/02   JKS Minute Order that further stat rpt due by 7/29/02. cc: cnsl, PSLC

   30 -   1   07/23/02   PLF 1 Status Report.


ACRS: R_VDSDX              As of 10/31/05 at 4:23 PM by GARRY                   Page 2
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A00-0119--CV (JKS)
                       "KIRBY D. ANTHONEY V MARGARET PUGH"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 31 - 1 | 07/24/02 | JKS Minute Order re: stat rpt; 07/23/02 stat rpt accepted; further stat rpt due 01/31/03 unless closing papers are filed sooner. cc: cnsl |
| 32 - 1 | 10/21/02 | PLF 1 Address Change Notice of cnsl's address. |
| 33 - 1 | 01/13/03 | PLF 1  Status Report. |
| 34 - 1 | 01/13/04 | PLF 1 Status Report. |
| 35 - 1 | 01/15/04 | JKS Minute Order that stat rpt dated 01/13/04 is accepted; further stat rpt due by 07/30/04. cc: cnsl |
| 36 - 1 | 07/29/04 | PLF 1 Status report. |
| 37 - 1 | 08/02/04 | JKS Minute Order that stat rpt dated 07/29/04 is accepted; further stat rpt due by 02/01/05. cc: cnsl |
| 38 - 1 | 11/04/04 | PLF 1 Address Change Notice of cnsl. |
| 39 - 1 | 01/31/05 | PLF 1 Status Report. |
| 40 - 1 | 02/02/05 | JKS Minute Order that further stat rpt due by 7/29/05. cc: cnsl |
| 41 - 1 | 07/29/05 | PLF 1 Status Report. |
| 42 - 1 | 08/02/05 | JKS Minute Order that further stat rpt due by 12/29/05. cc: cnsl |