**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

KIRBY D. ANTHONY   v.   MARGARET PUGH, et al.

THE HONORABLE JAMES K. SINGLETON, JR.

DEPUTY CLERK                               CASE NO.   3:00-CV-00119-JKS

Dan Maus

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: January 13, 2006

     A minute order requiring a status report was issued in this case, and no timely report was filed. Counsel for Plaintiff shall file a status report within 15 days from the date of this minute order, unless closing papers are sooner filed.

[]{IA.WPD*Rev.12/96}