**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**


 KIRBY D. ANTHONY     v.    MARGARET PUGH 

THE HONORABLE JAMES K. SINGLETON, JR.

DEPUTY CLERK                                    CASE NO.  3:00-CV-00119-JKS 

 Dan Maus 


PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: January 25, 2006

         The court has received a status report dated

 January 25,, 2006 .   The report is accepted.

         A further status report shall be filed by counsel for

plaintiff on or before  July 25, 2006 , unless closing papers are

sooner filed.

[]{IIA4.WPD*Rev.12/96}