Linda S. Thomas  
Attorney at Law  
P.O. Box 353324  
Palm Coast, FL 32135  
Tel: (386)206-9790  
Fax: (386)206-9790  

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF ALASKA

| | |
|---|---|
| KIRBY D. ANTHONEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| ) | |
| MARGARET PUGH, ) | Case No. A00-0119 CV (JKS) |
| ) | |
| Respondent. ) | <u>MOTION TO ACCEPT LATE FILED</u> |
| ) | <u>STATUS REPORT</u> |

    COMES NOW the Petitioner, KIRBY D. ANTHONEY, by and through LINDA S. THOMAS, CJA counsel, and hereby submits moves this court for an order accepting the late filed status report.

    Difficulties in using the Electronic Case Filing System, along with undersigned counsel's own computer being in for repairs since July 19, 2006 (and not yet returned), caused the delay.

    RESPECTFULLY SUBMITTED this 26th day of July, 2006.

                                                Linda S. Thomas, ABN 9111104  
                                                CJA Counsel for Kirby D. Anthoney

<u>Certificate of Service</u>

I certify that on July 26th, 2006 a copy of the foregoing status report was served electronically on:

    Nancy Simel, Assistant Attorney General
    Office of Special Prosecutions and Appeals
    310 K Street, Suite 308
    Anchorage, AK 99501-2064

                                            Linda S. Thomas