Linda S. Thomas
Attorney at Law
P.O. Box 353324
Palm Coast, FL 32135
Tel: (386)206-9790
Fax: (386)206-9790

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF ALASKA

| | |
|---|---|
| KIRBY D. ANTHONEY,            )<br>                              )<br>        Petitioner,           )<br>                              )<br>    vs.                       )<br>                              )<br> MARGARET PUGH,                )<br>                              )<br>        Respondent.           )<br>_____) | Case No. A00-0119 CV (JKS)<br><br>STATUS REPORT |

COMES NOW the Petitioner, KIRBY D. ANTHONEY, by and through LINDA S. THOMAS, CJA counsel, and hereby submits this status report.

In the Matter of the Application for Post Conviction Relief of Kirby D. Anthoney, Superior Court No. 3AN-00-6760 CI remains active in the Superior Court for the State of Alaska. Based on information from Colleen Libbey of Libbey Law Offices, and upon information and belief, there has been no decision on the claims made. An evidentiary hearing has not yet been ordered. Briefing by the parties is still ongoing.

RESPECTFULLY SUBMITTED this 25th day of July, 2006.

Linda S. Thomas, ABN 911110
CJA Counsel for Kirby D. Anthoney

<u>Certificate of Service</u>

I certify that on July 25th, 2006 a copy of the foregoing status report was served electronically on:

    Nancy Simel, Assistant Attorney General
    Office of Special Prosecutions and Appeals
    310 K Street, Suite 308
    Anchorage, AK 99501-2064

                                              Linda S. Thomas