Linda S. Thomas  
Attorney at Law  
P.O. Box 353324  
Palm Coast, FL 32135  
Tel: (386)206-9790  
Fax: (386)206-9790  

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF ALASKA

| | |
|---|---|
| KIRBY D. ANTHONEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| ) | |
| MARGARET PUGH, ) | Case No. A00-0119 CV (JKS) |
| ) | |
| Respondent. ) | MOTION TO WITHDRAW |
| ) | and |
| ) | MOTION FOR SUBSTITUTION OF NEW |
| ) | CJA COUNSEL |
| ) | ON SHORTENED TIME |

COMES NOW LINDA S. THOMAS, CJA counsel, attorney for KIRBY D> ANTHONEY, and hereby moves to withdraw, and moves for substitution of new CJA counsel on shortened time.

In support of this motion is the attached affidavit of counsel.

RESPECTFULLY SUBMITTED this 16th day of January, 2007.

                                                Linda S. Thomas, ABN 9111104  
                                                CJA Counsel for Kirby D. Anthoney

Certificate of Service

I certify that on January 16th, 2007 a copy of the foregoing status report was served electronically on:

    Nancy Simel, Assistant Attorney General
    Office of Special Prosecutions and Appeals
    310 K Street, Suite 308
    Anchorage, AK 99501-2064

_____

                                        Linda S. Thomas