```
Linda S. Thomas
Attorney at Law
P.O. Box 353324
Palm Coast, FL 32135
Tel: (386)206-9790
Fax: (386)206-9790
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF ALASKA

| | |
|---|---|
| KIRBY D. ANTHONEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| ) | |
| MARGARET PUGH, ) | Case No. A00-0119 CV (JKS) |
| ) | |
| Respondent. ) | AFFIDAVIT OF COUNSEL |

1. I no longer live in Alaska. I reside approximately 4500 miles away in Florida.

2. I am no longer practicing law except for this case, and one other court appointed state case, for which a court decision is pending. Moreover, the Office of Public Advocacy is in the process of filing a superceding entry of appearance.

3. I am engaged in full time employment in a career as a high school science teacher, and do not have the time to devote to this case.

RESPECTFULLY SUBMITTED this 16th day of January, 2007.

_____   _____
                                   Linda S. Thomas, ABN 9111104
                                   CJA Counsel for Kirby D. Anthoney

Certificate of Service

I certify that on January 16, 2007 a copy of the foregoing status report was served electronically on:

    Nancy Simel, Assistant Attorney General
    Office of Special Prosecutions and Appeals
    310 K Street, Suite 308
    Anchorage, AK 99501-2064

                                           Linda S. Thomas

Anthoney v. Pugh, A00-0119 CV (JKS)
Status Report
July 25, 2006                        2 of 2