Linda S. Thomas
Attorney at Law
P.O. Box 353324
Palm Coast, FL 32135
Tel: (386)206-9790
Fax: (386)206-9790

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF ALASKA

KIRBY D. ANTHONEY,          )
                            )
        Petitioner,         )
                            )
    vs.                     )
                            )
MARGARET PUGH,              )      Case No. A00-0119 CV (JKS)
                            )
        Respondent.         )      STATUS REPORT
_____  )

COMES NOW the Petitioner, KIRBY D. ANTHONEY, by and through LINDA S. THOMAS, CJA counsel, and hereby submits this status report.

In the Matter of the Application for Post Conviction Relief of Kirby D. Anthoney, Superior Court No. 3AN-00-6760 CI remains active in the Superior Court for the State of Alaska. Based on information from Colleen Libbey of Libbey Law Offices, and upon information and belief, there has been no decision on the claims made. No evidentiary hearing has yet been ordered

RESPECTFULLY SUBMITTED this 16th day of January, 2007.

_____
Linda S. Thomas, ABN 9111104
CJA Counsel for Kirby D. Anthoney

<u>Certification</u>

I certify that on January 16th, 2007 a copy of this document was served electronically upon:

Nancy Simel, Assistant Attorney General
Office of Special Prosecutions and Appeals
310 K Street, Suite 308
Anchorage, AK 99501-2064

Linda S. Thomas