MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

KIRBY D. ANTHONEY v. MARGARET PUGH

Case No. *3:00-cv-00119-JKS*

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

**MINUTE ORDER FROM CHAMBERS**

**RE: Motion to Withdraw and Substitute CJA Appointed Counsel, Docket No. 50.**

CJA appointed counsel, Linda S. Thomas, Esq., moves the court to withdraw as court appointed counsel as she is no longer in the State of Alaska nor practicing law. Accordingly, the MOTION IS GRANTED. The Federal Defender's Office shall appoint new counsel from the CJA Panel to represent defendant in this habeas case. Newly appointed counsel should be made aware that defendant's 2254 habeas petition has been stayed pending decision by the Supreme Court. See Docket No. 25.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

January 16, 2007

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2007\07 CV\3-00-cv-00119-JKS-JDR @50 Order Re Mtn to Withdraw.wpd