Colleen A. Libbey
LIBBEY LAW OFFICES, LLC
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
clibbey@alaska.net

Attorney for Petitioner
Kirby Anthoney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| KIRBY ANTHONEY, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> MARGARET PUGH, ) <br> ) <br> Respondent. ) <br> _____) | **ENTRY OF APPEARANCE** <br><br> No. 3:00-CV-00119-JKS-JDR |

     Libbey Law Offices, LLC, by Colleen A. Libbey, hereby enters an appearance as court appointed counsel herein for Petitioner Kirby Anthoney in the above referenced case, and requests that all pleadings and other documents filed in this action be electronically served on her or sent to Libbey Law Offices, LLC, 604 West Second Avenue, Anchorage, Alaska 99501.

     Dated at Anchorage, Alaska this 23rd day of January, 2007.

Entry of Appearance
Anthoney v. Pugh et al
3:00-CV-00119-JKS-JRD                                       Page 1 of 2

PDF created with pdfFactory trial version www.pdffactory.com

                        LIBBEY LAW OFFICES, LLC
                        Counsel for Kirby Anthoney

By:  s/Colleen A. Libbey

     Colleen A. Libbey ABA 0012104
     604 West 2nd Ave.
     Anchorage, AK 99501
     Phone: (907) 258-1815
     Fax: (907) 258-1822
     clibbey@alaska.net

This is to certify that this entry of appearance
is being served electronically to:

Nancy R. Simel

On: January 23, 2007, By: s/Colleen A. Libbey

N:\DATA\Colleen\CJA\Anthoney v Pugh et al\Pleadings\EOA CAL.wpd

Entry of Appearance
Anthoney v. Pugh et al
3:00-CV-00119-JKS-JRD                              Page 2 of 2

PDF created with pdfFactory trial version www.pdffactory.com