Colleen A. Libbey
LIBBEY LAW OFFICES, LLC
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
clibbey@alaska.net

Attorney for Petitioner
Kirby Anthoney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| KIRBY ANTHONEY, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>MARGARET PUGH, )<br>)<br>Respondent. )<br>_____) | **STATUS REPORT**<br><br>No. 3:00-CV-00119-JKS-JDR |

Libbey Law Offices, LLC, by Colleen A. Libbey, hereby notifies the Court of the Status of Kirby Anthoney's state post-conviction relief (PCR) matter, *In re Anthoney*, 3AN-00-6760CI. The state PCR is currently in the briefing stage. The State of Alaska filed a motion to dismiss the proceeding, which the trial court has not yet ruled on and is holding in abeyance in order for Mr. Anthoney to take the deposition of trial counsel in the underlying criminal case. Trial counsel's deposition will take place April 24, 2007.

PDF created with pdfFactory trial version www.pdffactory.com

Dated at Anchorage, Alaska this 19th day of April, 2007.

                                 LIBBEY LAW OFFICES, LLC
                                 Counsel for Kirby Anthoney

                    By:  s/Colleen A. Libbey

                                 Colleen A. Libbey ABA 0012104
                                 604 West 2nd Ave.
                                 Anchorage, AK 99501
                                 Phone: (907) 258-1815
                                 Fax: (907) 258-1822
                                 clibbey@alaska.net

This is to certify that this entry of appearance
is being served electronically to:

Nancy R. Simel

On: April 19, 2007, By: s/Colleen A. Libbey

N:\DATA\Colleen\CJA\Anthoney v Pugh et al\Pleadings\status report 19apr2007.wpd

Status Report
Anthoney v. Pugh
3:00-CV-00119-JKS-JRD                                Page 2 of  2

PDF created with pdfFactory trial version www.pdffactory.com