Colleen A. Libbey
LIBBEY LAW OFFICES, LLC
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
clibbey@alaska.net

Attorney for Petitioner
Kirby Anthoney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| KIRBY ANTHONEY, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> MARGARET PUGH, ) <br> ) <br> Respondent. ) <br> _____ ) | **STATUS REPORT** <br><br> No. 3:00-CV-00119-JKS-JDR |

    Libbey Law Offices, LLC, by Colleen A. Libbey, hereby notifies the Court of the status of Kirby Anthoney's state post-conviction relief (PCR) matter, *In re Anthoney*, 3AN-00-6760CI. The state PCR is currently in the briefing stage. The State has filed a motion to dismiss, which is still pending. In late April 2007 Mr. Anthoney deposed his trial counsel; Mr. Anthoney now has a supplemental briefing deadline of July 9, 2007.

    Dated at Anchorage, Alaska this 20th day of June, 2007.

PDF created with pdfFactory trial version www.pdffactory.com

                    LIBBEY LAW OFFICES, LLC
                    Counsel for Kirby Anthoney

By:  s/Colleen A. Libbey
     Colleen A. Libbey ABA 0012104
     604 West 2nd Ave.
     Anchorage, AK 99501
     Phone: (907) 258-1815
     Fax: (907) 258-1822
     clibbey@alaska.net

This is to certify that this entry of appearance
is being served electronically to:

Nancy R. Simel

On: June 20, 2007, By: s/Colleen A. Libbey

N:\DATA\Colleen\CJA\Anthoney v Pugh et al\Pleadings\status report 20jun2007.wpd

PDF created with pdfFactory trial version www.pdffactory.com