Colleen A. Libbey
LIBBEY LAW OFFICES, LLC
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
clibbey@alaska.net

Attorney for Petitioner
Kirby Anthoney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | | |
|---|---|---|
| KIRBY ANTHONEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | **STATUS REPORT** |
| v. | ) | |
| | ) | |
| MARGARET PUGH, | ) | No. 3:00-CV-00119-JKS-JDR |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Libbey Law Offices, LLC, by Colleen A. Libbey, hereby notifies the Court of the status of Kirby Anthoney's state post-conviction relief (PCR) matter, *In re Anthoney*, 3AN-00-6760CI. The state PCR is currently in the briefing stage.  The State has filed a motion to dismiss, which is still pending. In late April 2007 Mr. Anthoney deposed his trial counsel; Mr. Anthoney now has a supplemental briefing deadline of July 9, 2007.

Dated at Anchorage, Alaska this 20th day of June, 2007.

Status Report
Anthoney v. Pugh
3:00-CV-00119-JKS-JRD                                       Page 1 of  2

PDF created with pdfFactory trial version www.pdffactory.com

                              LIBBEY LAW OFFICES, LLC
                              Counsel for Kirby Anthoney

                   By:   s/Colleen A. Libbey
                         Colleen A. Libbey ABA 0012104
                         604 West 2nd Ave.
                         Anchorage, AK 99501
                         Phone: (907) 258-1815
                         Fax: (907) 258-1822
                         clibbey@alaska.net

This is to certify that this entry of appearance
is being served electronically to:

Nancy R. Simel

On: June 20, 2007, By: s/Colleen A. Libbey


N:\DATA\Colleen\CJA\Anthoney v Pugh et al\Pleadings\status report 20jun2007.wpd

Status Report
Anthoney v. Pugh
3:00-CV-00119-JKS-JRD                              Page 2 of  2

PDF created with pdfFactory trial version www.pdffactory.com