Colleen A. Libbey
LIBBEY LAW OFFICES, LLC
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
clibbey@alaska.net

Attorney for Petitioner
Kirby Anthoney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| KIRBY ANTHONEY,      ) | |
|      ) | |
|     Petitioner,   ) | |
|      ) | **CORRECTED STATUS REPORT** |
|   v.      ) | |
|      ) | |
| MARGARET PUGH,     ) | No. 3:00-CV-00119-JKS-JDR |
|      ) | |
|     Respondent.   ) | |
| _____) | |

    Libbey Law Offices, LLC, by Colleen A. Libbey, hereby files this corrected status report and notifies the Court of the status of Kirby Anthoney's state post-conviction relief (PCR) matter, *In re Anthoney*, 3AN-00-6760CI.  On September 20, 2007, counsel inadvertently filed a prior status report dated June 20, 2007, and is therefore filing this corrected status report.

    The state PCR is currently in the briefing stage.  The State has filed a motion to dismiss, which is still pending. In late April 2007 Mr. Anthoney deposed his trial counsel; after

PDF created with pdfFactory trial version www.pdffactory.com

receiving the transcript of trial counsel's deposition, Anthoney filed a supplemental amended application on July 23, 2007.  The State has not yet responded to the supplement, and Anthoney is waiting for the Court to rule.

Dated at Anchorage, Alaska this 21st day of September, 2007.

LIBBEY LAW OFFICES, LLC
Counsel for Kirby Anthoney

By:  s/Colleen A. Libbey
Colleen A. Libbey ABA 0012104
604 West 2nd Ave.
Anchorage, AK 99501
Phone: (907) 258-1815
Fax: (907) 258-1822
clibbey@alaska.net

This is to certify that this
is being served electronically to:

Nancy R. Simel

On: Sept. 21, 2007, By: s/Colleen A. Libbey

N:\DATA\Colleen\CJA\Anthoney v Pugh et al\Pleadings\status report 20sep2007.wpd

PDF created with pdfFactory trial version www.pdffactory.com