Colleen A. Libbey
LIBBEY LAW OFFICES, LLC
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
clibbey@alaska.net

Attorney for Petitioner
Kirby Anthoney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| KIRBY ANTHONEY,            )<br>                            )<br>            Petitioner,      )<br>                            )   **STATUS REPORT**<br>      v.                    )<br>                            )<br>MARGARET PUGH,              )   No. 3:00-CV-00119-JKS-JDR<br>                            )<br>            Respondent.     )<br>_____) | |

    Libbey Law Offices, LLC, by Colleen A. Libbey, hereby files this status report and notifies the Court of the status of Kirby Anthoney's state post-conviction relief (PCR) matter, *In re Anthoney*, 3AN-00-6760CI.

    The state PCR is currently in the briefing stage.  The State has filed a motion to dismiss, which is still pending. In late April 2007 Mr. Anthoney deposed his trial counsel to address the State's motion to dismiss; after receiving the transcript of trial counsel's deposition, Anthoney  filed a supplemental

amended application on July 23, 2007.  The State has asked for numerous extensions of time to respond to Anthoney's current supplement and not yet responded to the supplement.  The State's response is currently due January 30, 2008, at which time Anthoney can determine how to respond to the State. Therefore, Anthoney is still waiting for the Court to rule on his post-conviction application.

    Dated at Anchorage, Alaska this 30th day of January, 2008.

                                      LIBBEY LAW OFFICES, LLC
                                      Counsel for Kirby Anthoney

                  By:    s/Colleen A. Libbey
                          Colleen A. Libbey ABA 0012104
                          604 West 2nd Ave.
                          Anchorage, AK 99501
                          Phone: (907) 258-1815
                          Fax: (907) 258-1822
                          clibbey@alaska.net

This is to certify that this
is being served electronically to:

Nancy R. Simel

On: 1/30/2008 By: s/Colleen A. Libbey

N:\DATA\Colleen\CJA\Anthoney v Pugh et al\Pleadings\status report 30jan2008.wpd