### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

   KIRBY D. ANTHONY    v.   MARGARET PUGH, et al

THE HONORABLE JAMES K. SINGLETON

D<small>EPUTY</small> C<small>LERK</small>                                  CASE NO.  3:00-cv-00119-JKS

 Linda Christensen

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: August 12, 2008

       By agreement of the judges, the above-referenced case is hereby reassigned to the Honorable Timothy M. Burgess for all further proceedings.  Please use the following case number on all future filings: **3:00-cv-00119-TMB**.