Colleen A. Libbey
LIBBEY LAW OFFICES, LLC
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
clibbey@alaska.net

Attorney for Petitioner
Kirby Anthoney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| KIRBY ANTHONEY,<br><br>        Petitioner,<br><br>  v.<br><br>MARGARET PUGH,<br><br>        Respondent. | **STATUS REPORT**<br><br>No. 3:00-CV-00119-JKS-JDR |

    Libbey Law Offices, LLC, by Colleen A. Libbey, hereby files this status report and notifies the Court of the status of Kirby Anthoney's state post-conviction relief (PCR) matter, *In re Anthoney*, 3AN-00-6760CI.

    The state PCR is currently in the briefing stage. The State has filed a motion to dismiss. Anthoney's opposition to the motion to dismiss is due August 22, 2008. The State will be permitted to reply to the opposition to motion to dismiss. Therefore, Anthoney is still waiting for the Court to rule on his

post-conviction application.

    Dated at Anchorage, Alaska this 13th day of August, 2008.

                             LIBBEY LAW OFFICES, LLC
                             Counsel for Kirby Anthoney

                    By:  s/Colleen A. Libbey
                         Colleen A. Libbey ABA 0012104
                         604 West 2nd Ave.
                         Anchorage, AK 99501
                         Phone: (907) 258-1815
                         Fax: (907) 258-1822
                         clibbey@alaska.net

This is to certify that this
is being served electronically to:

Nancy R. Simel

On: 7/13/2008 By: s/Colleen A. Libbey

N:\DATA\Colleen\CJA\Anthoney v Pugh et al\Pleadings\status report 14aug2008.wpd